IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
(Northern Division)

**Choice Concepts LLC,**

    **Plaintiff,**

v.

**Choice Spine, LLC f/k/a
Choice Spine, LP**

    **Defendants.**

Case No.: 3:20cv337
McDonough/Poplin

### PLAINTIFF'S MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL

COMES NOW Plaintiff, Choice Concepts LLC ("Choice Concepts"), by and through its undersigned counsel, and for its Motion for Leave to File Complaint Under Seal (the "Motion") pursuant to Local Rule 26.2(b) and Local ECF Rule 12.2, hereby states as follows:

1. Contemporaneously with the filing on this Motion, the Debtor has filed a Complaint (the "Complaint") against Choice Spine, LLC f/k/a Choice Spine, LP (the "Defendant").

2. The Complaint directly relates to a Sales Agency Agreement entered into by and between Choice Concepts and the Defendant (the "Agreement").

3. The Agreement contains confidentiality provisions that potentially make the terms of the Agreement itself "Confidential Information."

4. Accordingly, Choice Concepts has filed a partially redacted version of the Complaint, and a fully redacted version of the Agreement, which is an exhibit to the Complaint, to the public docket contemporaneously with the filing of the Complaint.

5. While Choice Concepts has no objection to the Complaint and the Agreement being produced in full on the public docket, the Motion is being filed out of an abundance of caution to

allow the Defendant an opportunity to be heard on the potential confidential nature of the Complaint and Agreement.

6. Choice Concepts proposes to serve the Motion upon the Defendant contemporaneously with the service of the Summons and Complaint in this case, and will file a certificate of service of the Motion thereafter.

WHEREFORE, Choice Concepts respectfully requests this Court rule on whether the Complaint should remain partially redacted and if the Agreement should remain fully under seal, plus such other relief as is just.

Respectfully Submitted,

By: _____
Jonathan A. Grasso (Pro hac pending)
PIERCE MCCOY, PLLC
85 Broad Street, Suite 17-063
New York, New York 10004
Telephone: (443) 525-4821
Facsimile: (757) 257-0387
jon@piercemccoy.com

*Counsel to Choice Concepts LLC*